EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Nylsa Lyons Ríos | 2003 TSPR 111<br><br>159 DPR _____ |

Número del Caso: TS-4689


Fecha: 27/junio/2003


Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora


Colegio de Abogados de Puerto Rico:
                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo


Oficina del Procurador General:
                    Lcda. Yvonne Casanova Pelosi
                    Procuradora General Auxiliar


Abogada de la Parte Peticionaria:
                    Por Derecho Propio


Materia: Solicitud de Readmisión al Ejercicio de la Profesión
        de Abogado

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re


Nylsa Lyons Ríos                          TS-4689


RESOLUCIÓN

San Juan, Puerto Rico, a 27 de junio de 2003.

Vista la "Solicitud de Readmisión al Ejercicio de la Profesión de Abogado" presentada por Nilsa Lyons Ríos el 23 de enero de 2003, así como las "Mociones Informativas" presentadas por el Colegio de Abogados, el Procurador General, y la Oficina de Inspección de Notarías el 29 de enero de 2003, el 30 de abril de 2003 y el 4 de junio de 2003, respectivamente, se autoriza su reinstalación al ejercicio de la abogacía, efectivo al día de hoy.

Notifíquese por teléfono y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                          Patricia Otón Olivieri
                          Secretaria del Tribunal Supremo